THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. SAVAGE | : |
|       **Plaintiff** | : |
| v. | :   2:CV-15-6501 |
| | :   (JUDGE MARIANI) |
| PENNSYLVANIA TURNPIKE COMMISSION | : |
|       **Defendant** | : |

## ORDER

AND NOW, THIS 27TH DAY OF JUNE, 2016, IT IS HEREBY ORDERED

**THAT** the Motion to Dismiss of Defendant Pennsylvania Turnpike Commission (Doc. 8) is

**DENIED,** with Count III limited to declaratory and injunctive relief.

Robert D. Mariani
United States District Judge