THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL J. SAVAGE :
:
Plaintiff, :
v. : 2:15-CV-6501
: (JUDGE MARIANI)
PENNSYLVANIA TURNPIKE :
COMMISSION :
:
Defendant. :

## ORDER

**AND NOW, THIS 1ST DAY OF JUNE, 2018**, upon consideration of Defendant's Motion for Summary Judgment (Doc. 54), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 54) is **DENIED** for the reasons set forth in the accompanying memorandum opinion.

2. A telephone conference to schedule the above-captioned matter for trial shall be held on **Friday, June 15, 2018, at 10:30 a.m**. Plaintiff's counsel is responsible for arranging the call to (570) 207-5750 and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge